DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**QUANTUM LIMITED PARTNERS, LTD., QUANTUM PARK OVERLAY DEFENDANT DISTRICT, DESHA PENCHEFF, AL SLAMAN, CYNTHIA BENSON, QUANTUM PARK PROPERTY OWNERS' ASSOCIATION, INC., EUGENE GERLICA, DOUGLAS MACDONALD, FIORENZO BRESOLIN,** and **HEATHER RINTOUL** a/k/a **HEATHER MACDONALD,**
Appellants,

v.

**OLEN PROPERTIES CORP.,** a Florida Corporation and
**SECURED HOLDINGS, INC.,** a Nevada Corporation,
Appellees.

No. 4D18-1700

[May 23, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Judge; L.T. Case No. 50-2015-CA-001721-XXXX-MB.

Irwin R. Gilbert, Cristopher S. Rapp and Eric M. Yesner of Kelley Kronenberg, West Palm Beach, for appellant Quantum Limited Partners, LTD.

Robert Rivas of Sachs Sax Caplan, P.L., Tallahassee, for appellees Olen Properties Corporation and Secured Holdings, Inc.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***